113 A.3d 266

IN THE MATTER OF JOHN C. ALLEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 050991994).

May 6, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–226, concluding that **JOHN C. ALLEN** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1995, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client informed about the status of a matter), *RPC* 8.4(a) (violate or attempt to violate the Rules of Professional Conduct), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN C. ALLEN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.